UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMI GAO, et al.,<br><br>                Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                Defendants. | Case No. 2:21-cv-03253 CBM (GJSx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE  [JS-6]** |

IT IS SO ORDERED that pursuant to the parties' separately filed stipulation, this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party will bear its own costs and fees.

Dated: SEPTEMBER 30, 2022

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division


 /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants